UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MALIBU MEDIA, LLC,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>JOHN DOE subscriber assigned IP address 24.147.220.183,<br><br>　　　　　　　Defendant. | Civil Action No. 3:18-cv-01033-KAD |

**NOTICE OF FILING RULE 7.1 DISCLOSURE STATEMENT**

　　PLEASE TAKE NOTICE, pursuant to Fed. R. Civ. P. 7.1, Plaintiff does not have a parent corporation nor a publicly held corporation that owns more than 10% of its stock.

Dated: March 7, 2019　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　By: /s/ *Kevin T. Conway*
　　　　　　　　　　　　　　　　　　　　　　Kevin T. Conway, Esq. (30364)
　　　　　　　　　　　　　　　　　　　　　　80 Red Schoolhouse Road, Suite 110
　　　　　　　　　　　　　　　　　　　　　　Spring Valley, NY. 10977
　　　　　　　　　　　　　　　　　　　　　　T: 845-352-0206
　　　　　　　　　　　　　　　　　　　　　　F: 845-352-0481
　　　　　　　　　　　　　　　　　　　　　　E-mail: ktcmalibu@gmail.com
　　　　　　　　　　　　　　　　　　　　　　*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

　　I hereby certify that on March 7, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　By: /s/ *Kevin T. Conway*